UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   12-cr-00403-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

JOSE RODRIGUEZ-ACEVEDO,

      Defendant.

---

### MINUTE ORDER

---

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

      A Notice of Disposition was received in the above captioned matter on November 30, 2012.  Accordingly, the 2-day jury trial set to commence on Monday, December 17, 2012, at 9:00 a.m. is **VACATED**.  A Change of Plea Hearing is **SET** for **Thursday, February 7, 2013, at 3:00 p.m.** in Courtroom A-1002.

      **Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than <u>72 HOURS</u> before the hearing date.**  If the documents are not timely submitted, the hearing will be vacated.  There will be no exceptions to this policy.

      Dated:  December 3, 2012.